NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MITERRIO D. BANKS,                      )
                                        )
                Appellant,              )
                                        )
v.                                      )          Case No. 2D17-4018
                                        )
STATE OF FLORIDA,                       )
                                        )
                Appellee.               )
_____ )

Opinion filed March 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Joseph A. Bulone,
Judge.

Miterrio D. Banks, pro se.


PER CURIAM.


                Affirmed.


NORTHCUTT, SLEET, and VILLANTI, JJ., Concur.